UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------X

ISMAEL VILCHIS and SANTIAGO MARTINEZ,      ORDER AND JUDGMENT

               Plaintiffs,

                15 CV 6339

   - against -

SEOUL SISTERS, INC. d/b/a BROOKLYN SEOUL and ETHAN YANG,

               Defendants.
----------------------------------X

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ OCT 18 2016 ★
BROOKLYN OFFICE

JACK B. WEINSTEIN, SENIOR UNITED STATES DISTRICT JUDGE:

Referred to magistrate judge Marilyn D. Go, after entry of a default, for report and recommendation, was the question of damages. The magistrate judge's conclusions in her full Report and Recommendation was:

> For the foregoing reasons, I respectfully recommend that plaintiff's motion for default judgment be granted against defendants Seoul Sisters, Inc. and Ethan Yang as follows: (a) for plaintiff Ismael Vilchis, total damages of $40,220.49, including unpaid minimum wages of $13,880.25, FLSA liquidated damages of $10,578.75, spread of hours compensation under the New York Labor law of $867.75, New York Labor Law liquidated damages of $14,748.00, and prejudgment interest of $145.74 through September 30, 2016, and at the rate of $0.21 per day thereafter until the entry of judgment; and (b) for plaintiff Santiago Martinez, total damages of $5,292.00, including unpaid overtime wages of $1,764.00, FLSA liquidated damages of $1,764.00 and New York



Labor Law liquidated damages of $1,764.00.

pp. 24-25.

Defendant failed to make timely objection. The report is adopted and made the court's judgment.

The clerk of the court shall enter the following judgment against Seoul Sisters, Inc. and Ethan Yang, jointly and severally:

(a) for plaintiff Ismael Vilchis, total damages of $40,220.49, including unpaid minimum wages of $13,880.25, FLSA liquidated damages of $10,578.75, spread of hours compensation under the New York Labor law of $867.75, New York Labor Law liquidated damages of $14,748.00, and prejudgment interest of $145.74 through September 30, 2016, and at the rate of $0.21 per day thereafter until the entry of judgment; and (b) for plaintiff Santiago Martinez, total damages of $5,292.00, including unpaid overtime wages of $1,764.00, FLSA liquidated damages of $1,764.00 and New York Labor Law liquidated damages of $1,764.00.

SO ORDERED.

Jack B. Weinstein
Senior United States District Judge

Date: October 14, 2016
Brooklyn, New York